UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| GARY MILLER | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:11-CV-109-TLS |
| | ) | |
| CAROLYN W. COLVIN[1], Acting | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on a Motion by the attorney for the Plaintiff, Annette Rutkowski, seeking the Award of Attorney Fees Pursuant to the Access to Justice Act, 28 U.S.C. § 2412(d) [ECF No. 42], filed on September 28, 2012. Attorney Rutkowski requests to be awarded $6,770.84 for work on this case in federal court. On September 12, 2013, Magistrate Judge Christopher A. Nuechterlein issued a Report and Recommendation [ECF No. 47] recommending that the Motion [ECF No. 42] be denied, as the Commissioner's position was substantially justified.

The Court, being duly advised, and with more than fourteen (14) days having passed without objection, ACCEPTS Magistrate Judge Christopher A. Nuechterlein's Recommendation [ECF No. 47] and DENIES the Plaintiff's Motion for Award of Attorney Fees [ECF No. 42].

SO ORDERED on May 29, 2014.

---

[1] Although Plaintiff brought this suit against Michael J. Astrue, the former Commissioner of Social Security, Carolyn W. Colvin became the Acting Commissioner on February 14, 2013. As such, under Federal Rule of Civil Procedure 25(d), Colvin is automatically substituted as a party in place of Astrue. FED. R. CIV. P. 25(d).

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION